UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| AMETA K.,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 26-cv-10263<br><br>Magistrate Judge Elizabeth A. Stafford |

**ORDER GRANTING PLAINTIFF'S MOTION TO AMEND BRIEFING (ECF NO. 12)**

Plaintiff Ameta K. appeals the final decision of defendant Commissioner of Social Security (Commissioner) denying her application for disability insurance benefits under the Social Security Act. Both parties have consented to the undersigned conducting all proceedings under 28 U.S.C. § 636(c). ECF No. 8.

In another social security disability case, the Court sanctioned plaintiff's counsel, Erin Rich, for including factitious citations in her briefing. Order Fining Plaintiff's Counsel, *Chirece C. v. Comm'r of Soc. Sec.*, No. 25-11554, ECF No. 20 (E.D. Mich. Sept. 24, 2026). That order also identified several inaccuracies in the briefing in another case. *Id.* The Court ordered

Ms. Rich to pay a monetary fine and gave her until October 16, 2026, to correct other briefs containing fake citations, factual misrepresentations, or misleading holdings. *Id.*

Plaintiff now moves to amend her motion for summary judgment to correct two factual inaccuracies. ECF No. 12. Plaintiff explains that "[t]hese corrections do not add a new claim, present a new issue, expand the relief requested, or materially alter Plaintiff's arguments." *Id.*, PageID.1183. Although the Commissioner did not concur in the relief sought, nor did he respond opposing the motion. *Id.*

The Court **GRANTS** plaintiff's motion to amend her briefing. The corrected motion for summary judgment attached to plaintiff's motion to amend will be the operative motion. *See* ECF No. 12, PageID.1185-1209. By **October 16, 2026**, the Commissioner must file notice informing the Court whether it seeks to amend its own motion for summary judgment.

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
United States Magistrate Judge

Dated: October 6, 2026

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge. Fed. R. Civ. P. 72(a). The district judge may sustain an objection only if the order is clearly erroneous or contrary to law. 28 U.S.C. § 636. **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."** E.D. Mich. LR 72.2.

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 6, 2026.

s/Caitlin Shrum
CAITLIN SHRUM
Case Manager